UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIMITIRA GATEN

CIVIL ACTION

VERSUS

NO. 26-338

NOPD STRIKE UNIT, ET AL.

SECTION "A"(3)

## **ORDER**

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, Rec. Doc. 8, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Dimitira Gaten's claims against the "NOPD Strike Unit" and "Sixth District Platoon Officers," Judge Juana M. Lombard, and Commissioner Peter Hamilton are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Gaten's claim for compensatory damages are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Gaten's claims against Nicholas Hairston and Terrence T. Hillard, Jr. are allowed to proceed at this time pending further development.

May 8, 2026

_____
UNITED STATES DISTRICT JUDGE